UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Stephan Antonio Johnson                              Docket No. 5:20-CR-334-7FL

**Petition for Action on Supervised Release**

COMES NOW John V. Chiaramonte, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Stephan Antonio Johnson, who, upon an earlier plea of guilty to Count 1: Conspiracy to Commit Bank Fraud, in violation of 18 U.S.C. §§ 1349 and 1344; Count 30: Aggravated Identity Theft and Aiding and Abetting, in violation of 18 U.S.C. §§ 1028(A), 1028A(a)(1), and 18 U.S.C. § 2, was sentenced by the Honorable Terrence W. Boyle, United States District Judge, on May 27, 2021, to the custody of the Bureau of Prisons for a term of 48 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months.

Stephan Antonio Johnson was released from custody on March 31, 2023, at which time the term of supervised release commenced.

On June 23, 2023, a Violation Report was submitted to the court after the defendant was charged with two counts of Contributing to the Delinquency of a Juvenile (23CR328823 and 23CR328818), in Robeson County, North Carolina. Supervision was continued without modification.

On June 29, 2023, a Violation Report was submitted to the court after the defendant was charged with Driving While License Revoked and Speeding (23CR702503), in Hoke County, North Carolina. Supervision was continued without modification.

On June 12, 2024, a Violation Report was submitted to the court after the defendant was charged with Driving Under Suspension, License not Suspended for DUI-1st offense (810290933572) and a Muffler violation (8102P0933571), in Horry County, South Carolina. Supervision was continued without modification.

On October 15, 2024, a Violation Report was submitted to the court after the defendant failed to make a payment toward his monetary obligations since December 11, 2023. Supervision was continued without modification.

On January 13, 2025, the conditions of supervised release were modified to include a drug treatment and aftercare condition and for the defendant to participate in a remote alcohol monitoring program for 90 days.

On February 14, 2025, a Violation Report was submitted to the court after the defendant submitted a positive alcohol test. Supervision was continued without modification.

On February 24, 2025, a Violation Report was submitted to the court after the defendant submitted a positive alcohol test. Supervision was continued without modification.

On March 6, 2025, the conditions of supervised release were modified for the defendant to complete 24 community service hours after submitting a positive alcohol test.

On March 18, 2025, the conditions of supervised release were modified for the defendant to adhere to a 45-day curfew after submitting a positive alcohol test.

Stephan Antonio Johnson
Docket No. 5:20-CR-334-7FL
Petition For Action
Page 2

On May 29, 2025, a Violation Report was submitted to the court after the defendant submitted a positive drug test for marijuana. The defendant was attending substance abuse treatment sessions and supervision was continued without modification.

On August 20, 2025, this case was reassigned to the Honorable Louise W. Flanagan, U.S. District Judge.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On August 14, 2025, the defendant disclosed to this officer that he believes he has been suffering with signs of depression due to the deaths of several of his family members. To address the defendant's mental health needs, it is respectfully recommended that the conditions of supervision be modified to include participation in a mental health treatment program.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a program of mental health treatment, as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Keith W. Lawrence | /s/ John V. Chiaramonte |
| Keith W. Lawrence | John V. Chiaramonte |
| Supervising U.S. Probation Officer | U.S. Probation Officer |
| | 150 Rowan Street Suite 110 |
| | Fayetteville, NC 28301 |
| | Phone: 910-354-2568 |
| | Executed On: August 21, 2025 |

### ORDER OF THE COURT

Considered and ordered this __22nd__ day of _____August_____, 2025, and ordered filed and made a part of the records in the above case.

_____
Louise W. Flanagan
United States District Judge